NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3254

ISMAEL DELGADO,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in AT831M080855-I-1.

ON MOTION

## O R D E R

Ismael Delgado moves for leave to proceed in forma pauperis.

The court notes that Delgado's petition was dismissed on August 28, 2009 for failure to pay the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     The mandate is recalled, the court's August 28, 2009 dismissal order is vacated, and the petition for review is reinstated.

(3)     The Office of Personnel Management should calculate its brief due date from the date of filing of this order.

FOR THE COURT

SEP 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Ismael Delgado
       Jane C. Dempsey, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 24 2009

JAN HORBALY
CLERK